UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOSEPH C. DAVIS                                             PLAINTIFF

VS.                             CIVIL ACTION NO. 3:07CV331TSL-JCS

MISSISSIPPI TRANSPORTATION COMMISSION                       DEFENDANT

## JUDGMENT

In accordance with the memorandum opinion and order entered by the court this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 17th day of April, 2009.

                                             /s/ Tom S. Lee
                                           UNITED STATES DISTRICT JUDGE